

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00512-CV

| | | |
|---|---|---|
| Heat Shrink Innovations, LLC; Kevin Wolfe; and Deborah Wolfe | § | From the 367th District Court |
| | § | of Denton County (2011-50408-367) |
| | § | October 16, 2014 |
| v. | § | Opinion by Justice Gabriel |
| Medical Extrusion Technologies-Texas, Inc., a Texas Corporation | § | Concur and dissent by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the trial court's final judgment regarding the award of $600,000 in lost profit damages is reversed and the trial court's award of $694,000 is modified to $94,000; the permanent injunction is dissolved; and trial court's judgment is modified to omit Deborah Wolfe as liable for the $94,000 damage award. We affirm the trial court's judgment as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel_____
Justice Lee Gabriel